UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.K., <br><br>                            Plaintiff, <br><br> v. <br><br> COUNTY OF RENSSELAER, <br><br>                            Defendant. | Case No.: 8:21-CV-0908 (AMN/DJS) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is voluntarily dismissed with prejudice as to all causes of action asserted, or which could have been asserted, against Defendant, County of Rensselaer, in this action, with the parties to bear their own attorneys' fees and costs.

Dated: March 22, 2024

_/s/ Stacy Mix_
Stacy S. Mix, Esq.
Bar Roll No.: 702773
Dreyer Boyajian LLP
*Attorneys for Plaintiff*
75 Columbia Street
Albany, New York 12210
Tel: 518-463-7784
E-mail: smix@dblawny.com

IT IS SO ORDERED:

_/s/ Anne M. Nardacci_
Anne M. Nardacci
U.S. District Judge

Dated: March 25, 2024
Albany, NY

Dated: March 22, 2024

                         _____
Thomas J. Higgs, Esq.
Bar Roll No.: 106047
E. Stewart Jones Hacker Murphy LLP
*Attorneys for Defendant*
28 Second Avenue
Troy, New York 12180
Telephone: (518) 213-0122
Email: jhacker@joneshacker.com